```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BEATRICE MARSEILLE,

                Plaintiff,

     -against-                  18-CV-12136 (VEC)

                            ORDER

MOUNT SINAI HEALTH SYSTEM, INC.,
MOUNT SINAI HOSPITALS GROUP, INC.,
THE MOUNT SINAI HOPSITAL, and
DENISE O'DEA ,

                Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 20, 2019, the parties appeared for a conference before this Court;

      IT IS HEREBY ORDERED that fact discovery is extended through **December 27, 2019**. Defendants must produce the four documents identified on the record no later than the end of fact discovery. The deadline for expert discovery is extended through **February 7, 2020**.

      IT IS FURTHER ORDERED that Defendants' motion for summary judgment, if any, is due no later than **March 6, 2020**. Plaintiff's response is due no later than **April 3, 2020**. Defendants' reply, if any, is due no later than **April 17, 2020**.

      The parties are reminded that the Court will gladly refer them to a settlement conference before the Magistrate Judge if the parties request a referral in a joint letter.

**SO ORDERED.**

Date: **December 20, 2019**
      New York, New York

                                                  _____
                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**