UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEATRICE MARSEILLE,

                Plaintiff,                      18 **CIVIL** 12136 (VEC)

           -against-                     **JUDGMENT**

MOUNT SINAI HEALTH SYSTEM, INC.,
MOUNT SINAI HOSPITALS GROUP, INC.,
THE MOUNT SINAI HOPSITAL, and
DENISE O'DEA,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 5, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
         August 6, 2021

                                                **RUBY J. KRAJICK**

                                                    _____
                                                           **Clerk of Court**
                         **BY:**
                                                           **Deputy Clerk**