# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Beatrice Marseille

(List the full name(s) of the plaintiff(s)/petitioner(s).)

__18__ CV __12136__ ( VEC )( )

-against-

**NOTICE OF APPEAL**

Mount Sinai Health system, INC., Mount Sinai Hospitals group.,

Mount Sinai Hospital, and Denise O'dea,
(List the full name(s) of the defendant(s)/respondent(s).)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2021
```

Notice is hereby given that the following parties:

Beatrice Marseille
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: __08/05/2021__
(date that judgment or order was entered on docket)

that:

The motion for summary judgement by the defendants was granted, claiming I did not establish a primea facia case of discrimination and retaliation.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

__8/27/2021__   _Beatrice Marseille_
Dated                                    Signature

Beatrice Marseille
Name (Last, First, MI)

236 Ackertown Rd    Monsey    NY    10952
Address             City      State Zip Code

845-300-6800        bmarse4156@gmail.com
Telephone Number    E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13



```
               MONSEY
           15 MELNICK DR
         MONSEY, NY 10952-9998
            (800)275-8777
08/30/2021                        10:13 AM
_____
Product          Qty    Unit      Price
                        Price
_____

First-Class Mail®  1              $0.58
Letter
    New York, NY 10007
    Weight: 0 lb 0.50 oz
    Estimated Delivery Date
        Thu 09/02/2021
    Certified Mail®               $3.75
        Tracking #:
        70200640000172164666
Total                             $4.33
_____

Grand Total:                      $4.33
_____
Cash                            $10.00
Change                          -$5.67
_____

**************************************
   USPS is experiencing unprecedented volume
      increases and limited employee
      availability due to the impacts of
   COVID-19. We appreciate your patience.
**************************************

   In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
       Associate can show you how.

  Text your tracking number to 28777 (2USPS)
   to get the latest status. Standard Message
   and Data rates may apply. You may also
   visit www.usps.com USPS Tracking or call
              1-800-222-1811.

              Preview your Mail
              Track your Packages
              Sign up for FREE @
         https://informeddelivery.usps.com

   Earn rewards on your business account
     purchases of Priority Mail labels
      with the USPS Loyalty program by
        using Click and Ship. Visit
        www.usps.com/smallbizloyalty
              for more info.

           United States Postal Service
              NOW HIRING NATIONWIDE
          Career Path Positions with Benefits
                Apply online at
              www.usps.com/careers

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

         Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device,
```



